UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN WILMOT,

    Petitioner,

v.                                        CASE NO. 6:04-cv-321-Orl-31DAB

JEFFERY WAINWRIGHT, et al.,

    Respondents.

## ORDER

    This case is before the Court on the following motions:

    1.    Petitioner's Motion Pursuant to Rule 69(b) (Doc. No. 48, filed March 29, 2006) is **DENIED**.

    2.    Petitioner's Motion for Leave for Pre-Certification (Doc. No. 49, filed March 29, 2006) is **DENIED**.

    3.    Petitioner's Motion for Pre-Certification (Doc. No. 50, filed March 29, 2006) is **DENIED**.

    4.    Petitioner's Motion for Leave to Present Newly Discovered Evidence (Doc. No. 51, filed March 29, 2006) is **DENIED**.

     5.     Petitioner's Motion for Court to Recuse Itself (Doc. No. 52, filed March 29, 2006) is **DENIED**.

    **DONE AND ORDERED** in Chambers at Orlando, Florida this 3rd day of April , 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 4/3
Counsel of Record
Kevin Wilmot