**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KEVIN WILMOT,

                    Petitioner,

v.                                            Case No.  6:04-cv-321-Orl-31DAB

JEFFREY WAINWRIGHT, SECRETARY OF
DEPARTMENT OF CORRECTIONS and
ATTORNEY GENERAL, STATE OF FLORIDA,

                    Respondents.
_____

## **ORDER**

    This case is before the Court on the following motions:

1.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 58)** |
| **FILED:** | **May 12, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

    Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $455.00 appellate filing fee.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

2.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 57)** |
| **FILED:** | **May 12, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 17th day of May, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/17
Kevin Wilmot
Counsel of Record